## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| DIANE MARIE VALLETTA, | ) | Case No. 16-02309 |
| Debtor, | ) | Honorable Carol A. Doyle |

### NOTICE OF MOTION

TO:   ALL ECF REGISTRANTS; and by
BY FIRST CLASS MAIL TO:
Diane Marie Valletta, 1508 Elmwood Ave, Unit 6, Evanston IL 60201
Crossroad Small Business Solutions LLC, 205 Lennon Lane, Suite 210, Walnut Creek CA 94598
Citibank, N.A., c/o Quantum3 Group LLC, POB 280, Kirkland WA 98083
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873,
   Chicago IL 60604
Thomas C O'Brien, Law Offices of Thomas C. O'Brien, 950 Main Street, Antioch, IL 60002

**PLEASE TAKE NOTICE** that on **SEPTEMBER 15, 2016** at **10:30 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, or any Judge sitting in her stead, in Room 742 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago IL, and shall then and there present the attached **FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT**, a copy of which is attached hereto.

/s/ Deborah K. Ebner
Deborah K. Ebner

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 E. Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

### CERTIFICATION OF SERVICE

I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing Notice and Motion to which it refers were caused to be mailed to the persons listed above by depositing same in a U.S. Post Office Box this 23rd day of August 2016, unless notice issued electronically by the Clerk of the Court.

/s/Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    DIANE MARIE VALLETTA, | ) | Case No. 16-02309 |
|                    Debtor, | ) | Honorable Carol A. Doyle |

**COVER SHEET FOR APPLICATION FOR
FINAL PROFESSIONAL COMPENSATION**

(Appendix to Rule 607)

Name of Applicant:  Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which
Compensation is Sought: January 26, 2016 through close of the case

Amount of Fees Sought: $1,310.00
Amount of Expense
Reimbursement Sought: $    28.90

This is an:  Interim Application _____  Final Application ___X___

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| | | | |

                                             Applicant: Deborah K. Ebner, Trustee

Date:  July 26, 2016                  By:   /s/Deborah K. Ebner
                                                        Deborah K. Ebner Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| DIANE MARIE VALLETTA, | ) | Case No. 16-02309 |
| Debtor, | ) | Honorable Carol A. Doyle |

### FIRST AND FINAL APPLICATION OF TRUSTEE FOR
### STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT

TO THE HONORABLE Carol A. Doyle, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed qualified and acting Trustee in these proceedings, and pursuant to Sections 326 and 330 of the United States Bankruptcy Code, tenders the following outline of services rendered in connection with the administration of this Estate, in support of her request for statutory compensation and expense reimbursement:

### TRUSTEE SERVICES[1]

I.  TASKS

    1.    Prepared for 341 meeting;

    2.    Conducted 341 meeting;

    3.    Administered case;

    4.    Filed Initial Report of Trustee in Asset Case;

    5.    Filed Interim Property Record and Asset Reports;

    6.    Reviewed Claims;

    7.    Opened Bank Account;

    8.    Prepared Trustee's Final Report;

    9.    Prepared in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

    10.    Anticipated posting and distribution of dividend checks;

    11.    Prepared and filed Final Account;

---

[1] Outline is a non-exhaustive list of service provided by Trustee.

II. <u>EXPENSES ADVANCED</u>

12. There are $28.90 in expenses that have been advanced from the date of the Interim Application through the date of this Final Application. A copy of the Expense Report is attached hereto and incorporated herein as **Exhibit A**.

III. <u>STATUTORY TRUSTEE COMPENSATION CALCULATION</u>

13. The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $5,600.00 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtor, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | $   60.00 |
| Total allowable compensation | $1,310.00 |

IV. <u>COMPENSATION AND EXPENSE REIMBURSEMENT REQUEST</u>

14. At this time, Trustee requests final approval of the prior interim award and payment and approval of this second and final request for Trustee compensation in the amount of **1,310.00**, and expense reimbursement in the amount of **$28.90**.

V. <u>CONCLUSION</u>

15. **For the foregoing reasons, Trustee seeks $1,310.00 in statutory compensation and expense reimbursement in the amount to $28.90.**

Respectfully submitted,

By:   /s/Deborah K. Ebner
Deborah K. Ebner, Trustee

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

4