**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| DIANE MARIE VALLETTA, | ) | Case No. 16-02309 |
| Debtor, | ) | Honorable Carol A. Doyle |

## NOTICE OF MOTION

TO:    ALL ECF REGISTRANTS; and by
       BY FIRST CLASS MAIL TO:
       Diane Marie Valletta, 1508 Elmwood Ave, Unit 6, Evanston IL 60201
       Crossroad Small Business Solutions LLC, 205 Lennon Lane, Suite 210, Walnut Creek CA 94598
       Citibank, N.A., c/o Quantum3 Group LLC, POB 280, Kirkland WA 98083
       Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873,
          Chicago IL 60604
       Thomas C O'Brien, Law Offices of Thomas C. O'Brien, 950 Main Street, Antioch, IL 60002

     **PLEASE TAKE NOTICE** that on **SEPTEMBER 15, 2016** at **10:30 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, or any Judge sitting in her stead, in Room 742 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago IL, and shall then and there present the attached **FIRST AND FINAL APPLICATION OF THE LAW OFFICE OF DEBORAH KANNER EBNER FOR LEGAL COMPENSATION**, a copy of which is attached hereto.

                                                                            /s/ Deborah K. Ebner
                                                                            Deborah K. Ebner

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 E. Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

## CERTIFICATION OF SERVICE

     I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing Notice and Motion to which it refers were caused to be mailed to the persons listed above by depositing same in a U.S. Post Office Box this 23rd day of August 2016, unless notice issued electronically by the Clerk of the Court.

                                                                            /s/Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    DIANE MARIE VALLETTA, | ) | Case No. 16-02309 |
|                      Debtor, | ) | Honorable Carol A. Doyle |

**COVER SHEET FOR APPLICATION FOR**
**FINAL PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:        Law Offices of Deborah Kanner Ebner

Authorized to Provide
Professional Services to:    Trustee

Date of Order Authorizing Employment:    April 13, 2016

Period for Which
Compensation is Sought:    April 13, 2016 through close of the case

Amount of Fees Sought:    $696.00
Amount of Expense
Reimbursement Sought:    $   0.00

This is an:  Interim Application _____ Final Application ___X___

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| | | | |

                                                                Applicant: Law Office of Deborah Kanner Ebner

Date:  July 26, 2016            By:    /s/Deborah K. Ebner
                                                                              Deborah K. Ebner, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    DIANE MARIE VALLETTA, | ) | Case No. 16-02309 |
|                      Debtor, | ) | Honorable Carol A. Doyle |

**FIRST AND FINAL APPLICATION FOR THE LAW OFFICE OF
DEBORAH KANNER EBNER FOR LEGAL COMPENSATION**

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Final Application for Legal Compensation pursuant to 11 U.S.C. § 330, duly states as follows:

1.	Diane Marie Valletta (the "Debtor") filed a voluntary chapter 7 bankruptcy petition on or about January 26, 2016.

2.	Applicant is the duly appointed and presently serving Chapter 7 Trustee.

3.	On or about April 13, 2016, pursuant to an Order of this Court, Trustee was authorized to employ herself, the Law Office of Deborah Kanner Ebner and her Of Counsel affiliates ("Ebner Law") as and for general Counsel. A copy of the Order authorizing the employment of Ebner Law Office is attached hereto as **Exhibit A**.

4.	Ebner is an Attorney who has been duly licensed by the State of Illinois for more than thirty-four years, and has concentrated her practice in the area of bankruptcy law for almost all of those years.  She has been a member of the panel of private trustees since 1983, is a member of the Trial Bar of the State of Illinois, the United States District Court for the Northern District of Illinois, the Seventh Circuit Court of Appeals and the United States Supreme Court.  Her hourly rate is $400.00.

5.	Dennis Quaid is an Attorney who has been duly licensed by the State of Illinois for more than 40 years, and has concentrated his practice in the area of bankruptcy law for almost all of those years.  He is a member of the Bar of the State of Illinois and the United States District Court the Northern District of Illinois, the Seventh Circuit Court of Appeals and the United States

3

Supreme Court. His Of Counsel hourly rate is $425.00

6.  Elizabeth Daleccio has served as an Administrative Assistant for the Law Office of Deborah Kanner Ebner since 2009. Since 2009, she has gained proficiency in assisting with minor pleading drafts, and Ebner Law is able to delegate work to her instead of a more expensive alternative. Administrative services performed by Ms. Daleccio are charged at $85.00 per hour.

7.  During the Application Period, Ebner Law has rendered 3.0 hours of legal services on behalf of the Trustee as general counsel for which compensation is requested in the amount of $696.00.

8.  This Application represents the first and final application Ebner Law has filed in this case.

## Services Rendered

9.  Since April 13, 2016 through present ("Application Period"), Ebner Law has rendered 3.0 hours of legal services on behalf of the Trustee. For these services, Ebner Law seeks $696.00 as and for legal compensation. Legal services for which Ebner Law presently seeks compensation are categorized in the following categories: 363 Sales and, Fee/Employment Applications. Summarized below by category are the services rendered by Ebner Law during the period covered by this Application:

A.  <u>363 Sales:</u> Ebner Law Office spent 1.2 hours for which it requests allowance and payment of final compensation in the amount of $322.50 for service in this category. Service rendered in this category includes the preparation of all pleadings relating to the sale of Debtor's right, title and interest in property of the Estate, as well as court appearances relating thereto. The itemized statement of services performed by Ebner Law for this matter category is attached as **Group Exhibit B**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the

4

aggregate amount billed to the matter category by each professional.

| Name | Hours | Rate (per hour) | Amount |
|---|---|---|---|
| Deborah K. Ebner | .70 | $400 | $280.00 |
| Liz Daleccio | .50 | $85 | $42.50 |
| **Total:** | **1.20** | | **$322.50** |

B.  <u>Fee/Employment Applications:</u> Ebner Law prepared and presented Trustee's Motions to Employ and compensate herself, and her of Counsel affiliates,. The time also includes the time spent in preparation of the instant Application. In connection with the foregoing, Ebner Law spent 1.8 hours for which it requests allowance and payment of final compensation in the amount of $373.50.  The itemized statement of services performed by Ebner Law for this matter category is attached as **Group Exhibit B**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the aggregate amount billed to the matter category by each professional.

| Name | Hours | Rate (per hour) | Amount |
|---|---|---|---|
| Deborah K. Ebner | .70 | $400 | $280.00 |
| Liz Daleccio | 1.10 | $85 | $93.50 |
| **Total:** | **1.80** | | **$373.50** |

10. Ebner Law regularly made and kept records of services on behalf of the Trustee, including a summary or description of the services rendered, the date the services were rendered, the attorney or paralegal who rendered the services, and the time expended to render the services, in one-tenth hour increments.

11. The records were made by the attorney or paralegal who rendered the services at or

5

about the time the services were rendered, by means of direct entry into a computerized time and billing system maintained by the Ebner Law.

12. Ebner Law asks this Court to award final compensation in the amount of $696.00 for 8.5 hours of service which the firm has rendered during the Application Period on behalf of Trustee. The award Ebner Law seeks represents an average rate of compensation of $232.00 per hour.

13. All services for which Ebner Law seeks compensation hereunder were rendered solely on behalf of the Trustee.

14. The rates of compensation sought by Ebner Law for services rendered to the Trustee are <u>well</u> within the parameters of the rates other attorneys of similar experience, expertise and reputation generally seeks as compensation for comparable services rendered in connection with the bankruptcy proceedings within this District.

15. Ebner Law has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Trustee.

16. No person, firm or entity has promised to provide Ebner Law any compensation or reimbursement for services rendered or expenses incurred on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any shall be the available funds of the Estate.

17. Except as permitted by Section 504(b) of the Bankruptcy Code, Ebner Law has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement it may receive for services rendered or expenses incurred on behalf of the Trustee.

**WHEREFORE**, Applicant Deborah K. Ebner of the Law Office of Deborah Kanner Ebner, respectfully asks this Honorable Court to grant relief, after hearing upon due and proper

notice, as follows:

    I.    To award the Law Office of Deborah Kanner Ebner final compensation in the amount of $696.00;

    II.    To allow, and order the Trustee to disburse to Ebner Law the foregoing compensation award and expenses allowed; and

    III.    To grant Ebner Law such other and further relief as the Court upon hearing shall deem just and equitable.

                              Respectfully submitted,
                              Law Office of Deborah K. Ebner

                By:    /s/Deborah K. Ebner
                              Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838