**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  VALLETTA, DIANE MARIE      §   Case No. 16-02309CAD
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $363,004.00 | Assets Exempt: | $15,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,349.10 | Claims Discharged Without Payment: | $10,773.72 |
| Total Expenses of Administration: | $2,250.90 | | |

3) Total gross receipts of $5,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,600.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $257,744.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,250.90 | $2,250.90 | $2,250.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $14,122.82 | $14,122.82 | $3,349.10 |
| **TOTAL DISBURSEMENTS** | $257,744.00 | $16,373.72 | $16,373.72 | $5,600.00 |

4) This case was originally filed under chapter 7 on 01/26/2016.  The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/12/2016              By:  /s/ Deborah  Ebner
                                           Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mini Cooper 2012 18000. Entire property value: $12000 | 1129-000 | $5,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,600.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bank of America | 4110-000 | $238,877.00 | NA | NA | NA |
| N/F | Bk Of Amer | 4110-000 | $18,867.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$257,744.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $1,310.00 | $1,310.00 | $1,310.00 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $28.90 | $28.90 | $28.90 |
| Attorney for Trustee Fees - Deborah K. Ebner | 3110-000 | NA | $696.00 | $696.00 | $696.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $176.00 | $176.00 | $176.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $2,250.90 | $2,250.90 | $2,250.90 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Crossroad Small Business Solutions LLC | 7100-000 | NA | $8,509.29 | $8,509.29 | $2,017.90 |
| 2 | Crossroad Small Business Solutions LLC | 7100-000 | NA | $2,745.53 | $2,745.53 | $651.08 |
| 3 | Citibank, N.A. | 7100-000 | NA | $2,868.00 | $2,868.00 | $680.12 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$14,122.82** | **$14,122.82** | **$3,349.10** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-02309CAD  
**Case Name:** VALLETTA, DIANE MARIE  
**For Period Ending:** 10/12/2016

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 01/26/2016 (f)  
**§ 341(a) Meeting Date:** 02/18/2016  
**Claims Bar Date:** 05/23/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1508 Elmwood Ave, Unit 6 Condominium or cooperative . Entire property value: $275,000.00 | 275,000.00 | 21,123.00 | | 0.00 | FA |
| 2 | Mini Cooper 2012 18000. Entire property value: $12000 | 12,000.00 | 5,600.00 | | 5,600.00 | FA |
| 3 | Furnishings and Appliances | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Upright Piano | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Books and Personal Pictures, CDs and DVDs | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Pocket Watch | 100.00 | 100.00 | | 0.00 | FA |
| 7 | 3 cats | 3.00 | 3.00 | | 0.00 | FA |
| 8 | Deposits of money - : Checking Account at First Bank and Trust of Evanston | 500.00 | 500.00 | | 0.00 | FA |
| 9 | Deposits of money - : Business Checking Account at First Bank and Trust of Evanston | 200.00 | 200.00 | | 0.00 | FA |
| 10 | : Individual Retirement Accounts | 85,000.00 | 85,000.00 | | 0.00 | FA |
| 11 | Business Accounts Receivable | 600.00 | 600.00 | | 0.00 | FA |
| 12 | Valletta Associates (Sole proprietorship) | 1.00 | 1.00 | | 0.00 | FA |
| 12 | **Assets    Totals**    (Excluding unknown values) | **$375,004.00** | **$114,727.00** | | **$5,600.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-02309CAD  
**Case Name:** VALLETTA, DIANE MARIE  

**For Period Ending:** 10/12/2016

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 01/26/2016 (f)  
**§ 341(a) Meeting Date:** 02/18/2016  
**Claims Bar Date:** 05/23/2016  

**Major Activities Affecting Case Closing:**

October 12 2016 TDR prepared; July 26, 2016 TFR prepared; claim added for Motion to Sell fee $176 -

**Initial Projected Date Of Final Report (TFR):**   12/31/2016      **Current Projected Date Of Final Report (TFR):**   12/31/2016

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-02309CAD | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- |
| Case Name: | VALLETTA, DIANE MARIE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2097 | Account #: | ******7000 Checking |
| For Period Ending: | 10/12/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/23/2016 | {2} | Diane Valletta | Payment for purchase of Trustee's right, title and interest in vehicle | 1129-000 | 5,600.00 | | 5,600.00 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,590.00 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,580.00 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,570.00 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,560.00 |
| 09/14/2016 | 101 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $1,310.00; Claim # FEE; Filed: $1,310.00 | 2100-000 | | 1,310.00 | 4,250.00 |
| 09/14/2016 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $28.90; Claim # TE; Filed: $28.90 | 2200-000 | | 28.90 | 4,221.10 |
| 09/14/2016 | 103 | Deborah K. Ebner | Distribution payment - Dividend paid at 100.00% of $696.00; Claim # ; Filed: $696.00 | 3110-000 | | 696.00 | 3,525.10 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-02309CAD | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | VALLETTA, DIANE MARIE | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2097 | | Account #: | ******7000 Checking |
| For Period Ending: | 10/12/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/14/2016 | 104 | Clerk of the United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $176.00; Claim # ; Filed: $176.00 | 2700-000 | | 176.00 | 3,349.10 |
| 09/14/2016 | 105 | Crossroad Small Business Solutions LLC | Distribution payment - Dividend paid at 23.71% of $8,509.29; Claim # 1; Filed: $8,509.29 | 7100-000 | | 2,017.90 | 1,331.20 |
| 09/14/2016 | 106 | Crossroad Small Business Solutions LLC | Distribution payment - Dividend paid at 23.71% of $2,745.53; Claim # 2; Filed: $2,745.53 | 7100-000 | | 651.08 | 680.12 |
| 09/14/2016 | 107 | Citibank, N.A. | Distribution payment - Dividend paid at 23.71% of $2,868.00; Claim # 3; Filed: $2,868.00 | 7100-000 | | 680.12 | 0.00 |
| | | | **COLUMN TOTALS** | | 5,600.00 | 5,600.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,600.00 | 5,600.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,600.00** | **$5,600.00** | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-02309CAD | **Trustee Name:** | Deborah Ebner (330480) | |
| **Case Name:** | VALLETTA, DIANE MARIE | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2097 | **Account #:** | ******7000 Checking | |
| **For Period Ending:** | 10/12/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7000 Checking | $5,600.00 | $5,600.00 | $0.00 |
| | **$5,600.00** | **$5,600.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)